1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Nutrition Distribution LLC,

    Plaintiff,

v.

King Peptides LLC, et al.,

    Defendants.

No. CV-16-00451-PHX-DLR

**ORDER**

On June 22, 2016, Plaintiff applied for entry of default against Defendants King Peptides LLC and Aaron Singerman.  (Doc. 29.)  The following day, the Clerk entered default pursuant to Federal Rule of Civil Procedure 55(a).  (Doc. 30.)  As of the date of this order, Plaintiff has not moved the Court for entry of default judgment against Defendants King Peptides LLC and Aaron Singerman only.  Accordingly,

**IT IS ORDERED** that Plaintiff shall have fourteen (14) days from the date of this order to file a motion for entry of default judgment.  If Plaintiff fails to file a motion for entry of default judgment or request a good-cause extension of time, the Clerk of the Court is directed to terminate Defendants King Peptides LLC and Aaron Singerman only without further order from the Court.

Dated this 10th day of August, 2016.

Douglas L. Rayes
United States District Judge