Daniel L. Miranda (SBN 021938)
MIRANDA LAW FIRM
633 E. Ray Road, Suite 106
Gilbert, AZ 85296
Tel: (480) 719-8482
Fax: (480) 719-8481
Email: dan@mirandalawpc.com

Robert Tauler (SBN 241964) (*pro hac vice*)
Tauler Smith LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone: (310) 590-3927
E-mail: rtauler@taulersmith.com

*Attorneys for Plaintiff*
*Nutrition Distribution LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> KING PEPTIDES LLC, a Florida Limited Liability Company; AARON SINGERMAN, an individual; PJ BRAUN, an individual; UNLIMITED PRODUCTS AND SOLUTIONS, LLC a Limited Liability Company; IAN RICH, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:16-cv-00451 - DLR <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**PLEASE TAKE NOTICE** that NUTRITION DISTRIBUTION, LLC, an Arizona limited liability company ("Plaintiff"), through its counsel of record, hereby voluntarily dismisses its claims, without prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1), as follows:

**WHEREAS**, Plaintiff and its counsel have decided to voluntarily dismiss the individual claims of Plaintiff without prejudice;

**WHEREAS**, under Federal Rule of Civil Procedure 41(a)(1), Plaintiff is entitled to dismiss this action on its own initiative:

> Subject to the provisions of Rule 23(e), of Rule 66, and any statute of the United States, an action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . .

**THEREFORE**, Plaintiff hereby dismisses this action without prejudice.

**RESPECTFULLY** submitted this 24th day of August, 2016.

By:   s/  _____
     Daniel L. Miranda, Esq.
     Robert Tauler, Esq. (*pro hac vice*)
     *Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2016, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Maria Crimi Speth (012574)
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor Phoenix, AZ 85012
Tel: 602.248.1089
Fax: 602.248.0522
mcs@jaburgwilk.com

Zachary L. Cantanzaro (98902) (*pro hac vice*)
1499 W. Palmetto Park Rd., Ste. 212
Boca Raton, FL 33486
Tel: 561.807.1830
Fax: 561.347.2848
Zachary@zlclaw.com

By:   s/                        
       Daniel L. Miranda